The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE DRUG AND NARCOTIC CENTER, INC.; ASPEN SPECIALTY INSURANCE COMPANY; and M.H. as guardian for her minor daughter, J.M.A.,<br><br>Defendants. | NO. 2:18-cv-00664 MJP<br><br>STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT SEATTLE DRUG AND NARCOTIC CENTER, INC. TO ANSWER PLAINTIFF'S COMPLAINT |

## I. STIPULATION

The parties respectfully submit their Stipulation and [Proposed] Order to Extend the Deadline for Defendant Seattle Drug and Narcotic Center, Inc. to Answer Plaintiff's Complaint, and hereby stipulate to the following:

1. Plaintiff Philadelphia Indemnity Insurance Company and Defendant Seattle Drug and Narcotic Center, Inc., stipulate to extend the deadline for Seattle Drug and Narcotic Center, Inc. to answer Plaintiff's Complaint by two weeks, from June 15, 2018 to June 29, 2018.

DATED this 21st day of June, 2018.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendant Seattle Drug and Narcotic Center, Inc.

By    s/ *Franklin D. Cordell*
     Franklin D. Cordell, WSBA #26392
     Guin Becker Bogusz, WSBA #52937
     1001 Fourth Avenue, Suite 4000
     Seattle, Washington 98154-1007
     206.467.6477
     fcordell@gordontilden.com
     gbogusz@gordontilden.com

DATED this 21st day of June, 2018.

**SOHA & LANG PS**
Attorneys for Plaintiff Philadelphia Indemnity Insurance Company

By    s/ *Paul M. Rosner*
     Paul M. Rosner, WSBA #37146
     Jennifer P. Dinning, WSBA #38236
     1325 Fourth Avenue, Suite 2000
     Seattle, WA 98101
     206.624.1800
     rosner@sohalang.com
     dinning@sohalang.com

**ORDER**

IT IS ORDERED that this Stipulation and Order to Extend the Deadline for Defendant Seattle Drug and Narcotic Center, Inc. to Answer Plaintiff's Complaint is GRANTED. The deadline for Defendant Seattle Drug and Narcotic Center, Inc. to answer the Complaint is June 29, 2018.

DATED this ___25th____ day of ____June____, 2018.

_____
The Honorable Marsha J. Pechman
United States Senior District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record:

**Counsel for Plaintiff**:
Paul M. Rosner
Jennifer P. Dinning
Soha & Lang PS
1325 Fourth Avenue, Suite 2000
Seattle, WA 98101

**Counsel for Defendant Aspen Specialty Insurance Company**:
Thomas A. Heinrich
Stephanie S. Andersen
Forsberg & Umlauf
901 Fifth Avenue, Suite 1400
Seattle, WA 98164

DATED this 21st day of June, 2018, at Seattle, Washington.

                           s/ *Franklin D. Cordell*
                           Franklin D. Cordell, WSBA #26392