Honorable Marsha J. Pechman

1

2

3

4

5

6                       UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
7                                  AT SEATTLE

8  PHILADELPHIA INDEMNITY INSURANCE      |  No. 2:18-cv-00664
   COMPANY,
9                                        |  STIPULATION AND ORDER TO
                          Plaintiff,     |  EXTEND THE DEADLINE FOR ASPEN
10                                       |  SPECIALTY INSURANCE COMPANY TO
          vs.                            |  ANSWER PLAINTIFF'S COMPLAINT
11
   SEATTLE DRUG AND NARCOTIC
12 CENTER, INC.; ASPEN SPECIALTY
   INSURANCE COMPANY; AND M.H., as
13 guardian for her minor daughter, J.M.A.,

14                       Defendants.

15

16                          **I. STIPULATION**

17        The parties respectfully submit their Stipulation and [Proposed] Order to Extend the

18 Deadline for Defendant Aspen Specialty Insurance Company to Answer Plaintiff's Complaint,

19 and hereby stipulate to the following:

20        1.      Plaintiff Philadelphia Indemnity Insurance Company and Defendant Aspen

21 Specialty Insurance Company, stipulate to extend the deadline Aspen Specialty Insurance

22 Company to answer Plaintiff's Complaint by two weeks, from June 15, 2018 to June 29, 2018.

23

STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR ASPEN          **FORSBERG & UMLAUF, P.S.**
SPECIALTY INSURANCE TO ANSWER PLAINTIFF'S COMPLAINT – PAGE 1          ATTORNEYS AT LAW
CAUSE NO.                                                     901 FIFTH AVENUE • SUITE 1400
                                                             SEATTLE, WASHINGTON 98164-1039
2118985 / 733.0001                                            (206) 689-8500 • (206) 689-8501 FAX

1

2

Respectfully submitted,

3

**FORSBERG & UMLAUF, P.S.**

4   DATED: June 25, 2018

By:   *s/ Stephanie Andersen*
      Stephanie Andersen, WSBA #22250

5
      Thomas A. Heinrich, WSBA #19925
      Attorneys for Defendant Aspen

6
      Specialty Insurance Company

7   DATED: June 25, 2018

**SOHA & LANG PS**
Attorneys for Plaintiff Philadelphia Indemnity
Insurance Company

8

9

By:   *s/ Jennifer P. Dinning*
      Paul M. Rosner, WSBA #37146

10
      Jennifer P. Dinning, WSBA #38236
      1325 Fourth Avenue, Suite 2000
      Seattle, WA 98101

11
      206.624.1800
      rosner@sohalang.com

12
      dinning@sohalang.com

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR ASPEN
SPECIALTY INSURANCE TO ANSWER PLAINTIFF'S COMPLAINT – PAGE 2
CAUSE NO.

2118985 / 733.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1

## ORDER

2        IT IS ORDERED that this Stipulation and Order to Extend the Deadline for Defendant

3   Aspen Specialty Insurance Company to Answer Plaintiff's Complaint is GRANTED. The

4   deadline for Defendant Aspen Specialty Insurance Company to answer Plaintiff's Complaint is

5   now June 29, 2018.

6        DATED this **26** day of **June**, 2018.

7

8        The Honorable Marsha J. Pechman
         United States Senior District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR ASPEN
SPECIALTY INSURANCE TO ANSWER PLAINTIFF'S COMPLAINT – PAGE 3
CAUSE NO.

2118985 / 733.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR ASPEN SPECIALTY INSURANCE TO ANSWER PLAINTIFF'S COMPLAINT on the following individuals in the manner indicated:

Mr. Paul M. Rosner
Ms. Jennifer Dinning
Soha & Lang, P.S.
1325 4th Ave Ste 2000
Seattle, WA  98101-2570
(X) Via ECF

Mr. Franklin D. Cordell
Ms. Guinevere Becker Bogusz
Gordon Tilden Thomas & Cordell LLP
1001 Fourth Ave., Suite 4000
Seattle, WA  98154-1007
(X) Via ECF

SIGNED this 25th day of June, 2018, at Seattle, Washington.

s/ Honor M. McQueen
Honor M. McQueen

STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR ASPEN SPECIALTY INSURANCE TO ANSWER PLAINTIFF'S COMPLAINT – PAGE 4
CAUSE NO.

2118985 / 733.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX