The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SEATTLE DRUG AND NARCOTIC CENTER, INC.; ASPEN SPECIALTY INSURANCE COMPANY; and M.H., as guardian for her minor daughter, J.M.A.<br><br>Defendants. | Cause No. 2:18-cv 00664 MJP<br><br>**STIPULATED JOINT MOTION AND ORDER TO SUBSTITUTE CORRECT INSURANCE ENTITY AND AMEND THE CAPTION** |

### STIPULATION AND AGREED MOTION

Plaintiff Philadelphia Indemnity Insurance Company ("Philadelphia") and Defendants Seattle Drug and Narcotic Center, Inc. ("SeaDruNar") and Aspen Specialty Insurance Company (collectively, the "parties"), by and through their undersigned counsel, hereby stipulate to the following:

1. The parties acknowledge that Aspen Insurance U.K. Limited, an affiliate of Aspen Specialty Insurance Company, is a proper party to this action because it is an

STIPULATED JOINT MOTION TO SUBSTITUTE CORRECT
INSURANCE ENTITY AND AMEND THE CAPTION – 1
USDC WD WA/SEA CAUSE NO. 2:18-cv 00664 MJP

insurer of SeaDruNar. The foregoing statement shall not be interpreted as an admission by defendants regarding the merits of Philadelphia's allegations.

2. Philadelphia, SeaDruNar, and Aspen Specialty Insurance Company respectfully move this Court to enter an Order adding Aspen Insurance U.K. Limited as a defendant in this action and dismissing Aspen Specialty Insurance Company as a defendant without prejudice.

3. Philadelphia, SeaDruNar, and Aspen Specialty Insurance Company also respectfully move this Court to enter an Order substituting Aspen Insurance U.K. Limited as a defendant in the case caption for Aspen Specialty Insurance Company as a defendant in the case caption.

DATED this 20th day of July, 2018.

SOHA & LANG, P.S.

By: *s/Paul M. Rosner*
   Paul M. Rosner, WSBA # 37146
   Jennifer P. Dinning, WSBA # 38236
   Soha & Lang, P.S.
   1325 Fourth Avenue, Suite 2000
   Seattle, WA 98101-2570
   Attorneys for Plaintiff Philadelphia Indemnity Insurance Company

GORDON, TILDEN, THOMAS & CORDELL, LLP

By: *s/Franklin D. Cordell (per email authorization)*
   Franklin D. Cordell, WSBA # 26392
   1001 Fourth Ave., Suite 4000
   Seattle, WA 98154
   Attorneys for Defendant SeaDruNar

FORSBERG & UMLAUF, P.S.

By: *s/Stephanie S. Andersen (per email authorization)*
   Stephanie S. Andersen, WSBA # 22250
   901 Fifth Avenue, Suite 1400
   Seattle, WA 98164
   Attorneys for Defendant Aspen Specialty Insurance Company

| | |
|---|---|
| 1 | ORDER |
| 2 | THIS MATTER came before the Court on the Stipulated Joint Motion to Substitute |
| 3 | Correct Insurance Entity and Amend the Caption. The Court, having considered the Motion, the |
| 4 | files and records herein, the nature of the Motion, and being fully informed, finds that the parties, |
| 5 | including Plaintiff Philadelphia Indemnity Insurance Company ("Philadelphia") and Defendants |
| 6 | Seattle Drug and Narcotic Center, Inc. ("SeaDruNar") and Aspen Specialty Insurance Company |
| 7 | (collectively, the "parties"), acknowledge that Aspen Insurance U.K. Limited, an affiliate of |
| 8 | Aspen Specialty Insurance Company, is a proper party to this action because it is an insurer of |
| 9 | SeaDruNar. The foregoing statement shall not be interpreted as an admission by SeaDruNar or |
| 10 | Aspen regarding the merits of Philadelphia's allegations. |

As such, the Court GRANTS the Stipulated Joint Motion to Substitute Correct Insurance Entity and Amend the Caption as follows:

4. Aspen Insurance U.K. Limited is added as a defendant in this action and Aspen Specialty Insurance Company is dismissed without prejudice.

5. Aspen Insurance U.K. Limited is substituted as a defendant in the case caption for Aspen Specialty Insurance Company as a defendant in the case caption.

DATED this _23rd__ day of July, 2018.

_____
The Honorable Marsha J. Pechman
United States Senior District Court Judge

| | |
|---|---|
| Submitted by: | Approved as to Form<br>Noticed of Presentation Waived: |
| SOHA & LANG, P.S. | GORDON, TILDEN, THOMAS & CORDELL, LLP |
| By: *s/Paul M. Rosner*<br>Paul M. Rosner, WSBA # 37146<br>Jennifer P. Dinning, WSBA # 38236<br>Soha & Lang, P.S.<br>1325 Fourth Avenue, Suite 2000<br>Seattle, WA 98101-2570<br>Attorneys for Plaintiff Philadelphia Indemnity Insurance Company | By: *s/Franklin D. Cordell (per email authorization)*<br>Franklin D. Cordell, WSBA # 26392<br>1001 Fourth Ave., Suite 4000<br>Seattle, WA 98154<br>Attorneys for Defendant SeaDruNar<br><br>FORSBERG & UMLAUF, P.S.<br><br>By: *s/Stephanie S. Andersen (per email authorization)*<br>Stephanie S. Andersen, WSBA # 22250<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>Attorneys for Defendant Aspen Specialty Insurance Company |

STIPULATED JOINT MOTION TO SUBSTITUTE CORRECT
INSURANCE ENTITY AND AMEND THE CAPTION – 4
USDC WD WA/SEA CAUSE NO. 2:18-cv 00664 MJP