The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | Cause No. 2:18-cv 00664 MJP |
| Plaintiff, | **STIPULATED MOTION AND ORDER STAYING MATTER FOR 30 DAYS** |
| vs. | **Noted for Hearing: August 6, 2018** |
| SEATTLE DRUG AND NARCOTIC CENTER, INC.; ASPEN INSURANCE U.K. LIMITED; and M.H., as guardian for her minor daughter, J.M.A. | |
| Defendants. | |

## STIPULATION AND AGREED MOTION

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff Philadelphia Indemnity Insurance Company ("Philadelphia") and Defendants Seattle Drug and Narcotic Center, Inc. ("SeaDruNar") and Aspen Insurance U.K. Limited ("Aspen") (collectively, the "Parties"), by and through their undersigned counsel, hereby move on an agreed basis for an order staying this matter for at least thirty (30) days while settlement is finalized in the matter of *M.H., as guardian for her minor daughter, J.M.A. v. SEADRUNAR, Inc.,* King County Superior Court Cause No.

17-2-25848-2SEA ("Underlying Lawsuit") and move further that any corresponding deadlines in this matter be recalculated accordingly. In the event the court in the Underlying Lawsuit does not approve the settlement within 30 days, the Parties may request an additional stay.

In support of this Stipulated Motion, the Parties jointly state as follows:

1. Philadelphia commenced this civil action on May 7, 2018 by filing its Complaint for Declaratory Relief (ECF No. 1).

2. SeaDruNar has been served (ECF No. 14), filed a Notice of Appearance on June 13, 2018 (ECF No. 10), and filed an Answer and Counterclaim on June 29, 2018 (ECF No. 19).

3. Philadelphia filed an Answer to SeaDruNar's Counterclaim on July 17, 2018 (ECF No. 28).

4. Aspen has been served (ECF 13), filed a Notice of Appearance on June 11, 2018 (ECF No. 9), and filed an Answer and Counterclaim on June 29, 2018 (ECF No. 20).

5. Defendant M.H., as guardian for her minor daughter, J.M.A. has been served (ECF No. 12), and an Order for Default was entered against Defendant M.H., as guardian for her minor daughter, J.M.A. on July 3, 2018 (ECF No. 24).

6. A settlement has been reached in the Underlying Lawsuit. The settlement must be reviewed and approved by a settlement guardian ad litem and then the underlying Court, before it is final. The Parties are now waiting for the completion of this process.

7. The Parties request a 30 day stay so as to allow the parties and the court to avoid potentially unnecessary case activity, including the Joint Status Report and

Discovery Plan, while it is determined if the underlying settlement will be approved.

8. If it appears the Underlying Lawsuit will not conclude before the 30th day after a stay is entered, then the Parties agree to provide a joint status report to the Court regarding whether they believe it would be appropriate to stay this action for an additional period.

DATED this  6th  day of August, 2018.

SOHA & LANG, P.S.

By: *s/Paul M. Rosner*
   Paul M. Rosner, WSBA # 37146
   Jennifer P. Dinning, WSBA # 38236
   Soha & Lang, P.S.
   1325 Fourth Avenue, Suite 2000
   Seattle, WA  98101-2570
   Attorneys for Plaintiff Philadelphia
   Indemnity Insurance Company

GORDON, TILDEN, THOMAS & CORDELL, LLP

By: *s/Franklin D. Cordell (per email authorization)*
   Franklin D. Cordell, WSBA # 26392
   1001 Fourth Ave., Suite 4000
   Seattle, WA  98154
   Attorneys for Defendant SeaDruNar

FORSBERG & UMLAUF, P.S.

By: *s/Stephanie S. Andersen (per email authorization)*
   Stephanie S. Andersen, WSBA # 22250
   901 Fifth Avenue, Suite 1400
   Seattle, WA 98164
   Attorneys for Defendant Aspen Insurance
   U.K. Limited

**ORDER**

THIS MATTER came before the Court on the Parties' Stipulated Motion Staying Matter for 30 Days. The Court, having considered the Motion, the files and records herein, the nature of the Motion, and being fully informed, finds that a stay of this matter for thirty (30) days is appropriate.

As such, the Court GRANTS the Stipulated Motion Staying this Matter for 30 Days as follows:

1. This matter is stayed for 30 days;

2. If it appears Underlying Lawsuit will not conclude before the 30th day after a stay is entered, then the Parties will submit a joint status report to the Court within 30 days from the date of entry of this order regarding whether the stay should be continued;

3. Upon expiration of the stay, the Court will issue an amended case schedule extending all deadlines by 30 days; and

4. Any of the Parties may move to lift the stay prior to its expiration.

DATED this _7th__ day of August, 2018

_____
The Honorable Marsha J. Pechman
United States Senior District Court Judge

| | |
|---|---|
| Submitted by: | Approved as to Form<br>Noticed of Presentation Waived: |
| SOHA & LANG, P.S. | GORDON, TILDEN, THOMAS & CORDELL, LLP |
| By: *s/Paul M. Rosner*<br>  Paul M. Rosner, WSBA # 37146<br>  Jennifer P. Dinning, WSBA # 38236<br>  Soha & Lang, P.S.<br>  1325 Fourth Avenue, Suite 2000<br>  Seattle, WA  98101-2570<br>  Attorneys for Plaintiff Philadelphia Indemnity Insurance Company | By: *s/Franklin D. Cordell (per email authorization)*<br>  Franklin D. Cordell, WSBA # 26392<br>  1001 Fourth Ave., Suite 4000<br>  Seattle, WA  98154<br>  Attorneys for Defendant SeaDruNar<br><br>FORSBERG & UMLAUF, P.S.<br><br>By: *s/Stephanie S. Andersen (per email authorization)*<br>  Stephanie S. Andersen, WSBA # 22250<br>  901 Fifth Avenue, Suite 1400<br>  Seattle, WA 98164<br>  Attorneys for Defendant Aspen Insurance U.K. Limited |