The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

                  Plaintiff,

  vs.

SEATTLE DRUG AND NARCOTIC CENTER, INC.; ASPEN INSURANCE U.K. LIMITED; and M.H., as guardian for her minor daughter, J.M.A.

                  Defendants.

Cause No. 2:18-cv 00664 MJP

**SECOND STIPULATED MOTION AND ORDER EXTENDING STAY FOR ADDITIONAL 30 DAYS**

**Noted for Hearing: October 5, 2018**

## STIPULATION AND AGREED MOTION

Pursuant to LCR 7(d)(1), LCR 10(g) and the Court's Order of September 5, 2018 (Dkt. No. 36), Plaintiff Philadelphia Indemnity Insurance Company ("Philadelphia") and Defendants Seattle Drug and Narcotic Center, Inc. ("SeaDruNar") and Aspen Insurance U.K. Limited ("Aspen") (collectively, the "Parties"), by and through their undersigned counsel, hereby move on an agreed basis for an order extending the stay in this matter for at least thirty (30) days while settlement is finalized in the matter of *M.H., as guardian for her minor daughter, J.M.A. v.*

*SEADRUNAR, Inc.,* King County Superior Court Cause No. 17-2-25848-2SEA ("Underlying Lawsuit") and move further that any corresponding deadlines in this matter be recalculated accordingly.

In support of this Stipulated Motion, the Parties jointly provide the following status report:

1. A settlement has been reached in the Underlying Lawsuit. The settlement must be reviewed and approved by a settlement guardian ad litem and then the underlying court, before it is final. A guardian ad litem has been appointed, but the guardian ad litem has not yet issued a report and the court has not yet made a ruling regarding the settlement.

2. The Court entered a 30 day stay on September 5, 2018 to allow for the settlement to be approved and finalized. (Dkt. No. 36)

3. The Parties request a further 30 day extension of the stay because the underlying settlement has not been approved or finalized as of this time.

4. If it appears the Underlying Lawsuit will not conclude before the 30th day after the stay is extended, then the Parties agree to provide a joint status report to the Court regarding whether they believe it would be appropriate to move forward or to stay this action for an additional period.

DATED this 5th day of October, 2018.

SOHA & LANG, P.S.

LANE POWELL

By: *David Schoeggl [per authorization]*
David Schoeggl, WSBA # 13638
David W. Howenstine, WSBA # 41216
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101
Attorneys for Defendants Aspen Insurance U.K. Limited and Seattle Drug and Narcotic Center, Inc.

By:   */s/Paul Rosner*
    Paul M. Rosner, WSBA # 37146
    Jennifer P. Dinning, WSBA # 38236
    Sarah E. Davenport, WSBA # 45269
    Soha & Lang, P.S.
    1325 Fourth Avenue, Suite 2000
    Seattle, WA 98101-2570
    Attorneys for Plaintiff Philadelphia
    Indemnity Insurance Company

**ORDER**

THIS MATTER came before the Court on the Parties' Stipulated Motion Extending Stay for Additional 30 Days. The Court, having considered the Motion, the files and records herein, the nature of the Motion, and being fully informed, finds that an extension of the stay in this matter for thirty (30) days is appropriate.

As such, the Court GRANTS the Stipulated Motion Extending Stay for Additional 30 Days as follows:

1. This matter is stayed for an additional 30 days;
2. If it appears the Underlying Lawsuit will not conclude before the 30th day after the extension of the stay, then the Parties will submit a joint status report to the Court within 30 days from the date of entry of this order regarding whether this litigation should move forward or whether the stay should be continued;
3. Upon expiration of the stay, the Court will issue an amended case schedule extending all deadlines by 60 days; and
4. Any of the Parties may move to lift the stay prior to its expiration.

DATED this __9th___ day of __October__, 2018

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

STIPULATED MOTION AND ORDER EXTENDING STAY FOR
ADDITIONAL 30 DAYS – 4
CAUSE NO. 2:18-cv 00664 MJP

| | |
|---|---|
| Submitted by: | Approved as to Form<br>Noticed of Presentation Waived: |
| SOHA & LANG, P.S. | LANE POWELL |
| By  */s/Paul Rosner*<br>Paul M. Rosner, WSBA # 37146<br>Jennifer P. Dinning, WSBA # 38236<br>Sarah E. Davenport, WSBA # 45269<br>Soha & Lang, P.S.<br>1325 Fourth Avenue, Suite 2000<br>Seattle, WA  98101-2570<br>Attorneys for Plaintiff Philadelphia Indemnity Insurance Company | By:  *David Schoeggl [per authorization]*<br>David Schoeggl, WSBA # 13638<br>David W. Howenstine, WSBA # 41216<br>1420 Fifth Avenue, Suite 4200<br>Seattle, WA 98101<br>Attorneys for Defendants Aspen Insurance U.K. Limited and Seattle Drug and Narcotic Center, Inc. |