THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

                Plaintiff,

v.

SEATTLE DRUG AND NARCOTIC
CENTER, INC.; ASPEN INSURANCE U.K.
LIMITED; and M.H., as guardian for her
minor daughter, J.M.A.,

                Defendants.

Case No. 2:18-cv-00664-MJP

**ORDER GRANTING SEATTLE DRUG AND NARCOTIC CENTER, INC. AND ASPEN INSURANCE U.K. LIMITED'S MOTION TO SEAL**

This matter comes before the Court on Seattle Drug and Narcotic Center, Inc. and Aspen Insurance U.K. Limited's unopposed motion to seal. The Court has reviewed the motion, as well as the documents proposed to be filed under seal and the remainder of the filings in the court docket, including but not limited to the following:

1. Seattle Drug and Narcotic Center, Inc. and Aspen Insurance U.K. Limited's unopposed motion to seal;

2. Response brief, if any; and

3. Reply brief, if any.

Therefore, being fully advised, the Court FINDS compelling reasons support the request to seal the private medical information related to the underlying sex abuse claims in this case and

that Seattle Drug and Narcotic Center, Inc. and Aspen Insurance U.K. Limited have minimized the number of documents to be filed under seal. On the facts of this case, the need to protect medical privacy qualifies as a compelling reason to protect medical records and to file them under seal. Accordingly, the Court GRANTS the motion to seal in its entirety and further ORDERS as follows:

1. Exhibits F, G, and O to the declaration of David Schoeggl shall be maintained under seal.

2. The unredacted version of Seattle Drug and Narcotic Center, Inc. and Aspen Insurance U.K. Limited's motion for partial summary judgment shall be maintained under seal. Consistent with Local Civil Rule 5(g)(5), Seattle Drug and Narcotic Center, Inc. and Aspen Insurance U.K. Limited have filed a redacted version of their motion in the public court docket, which redacts the private information from the motion.

IT IS SO ORDERED.

DATED this _27th_ day of _November_, 2018.

The Honorable Marsha J. Pechman
United States Senior District Court Judge

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States that on the 15th day of November, 2018, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to all CM/ECF participants.

| *Attorneys for Plaintiff Philadelphia Indemnity Insurance Company:* | *Attorneys for Defendants M.H. and J.M.A.*: |
|---|---|
| Paul M. Rosner, WSBA No. 37146<br>Jennifer P. Dinning, WSBA No. 38236<br>Sara Davenport, WSBA No. 45269<br>Soha & Lang, P.S.<br>1325 Fourth Avenue, Suite 2000<br>Seattle, WA 98101-2570<br>rosner@sohalang.com<br>dinning@sohalang.com<br>davenport@sohalang.com | Darrell L. Cochran, WSBA No. 22851<br>Kevin M. Hastings, WSBA No. 42316<br>Pfau Cochran Vertetis Amala PLLC<br>911 Pacific Avenue, Suite 200<br>Tacoma, WA 98402<br>darrell@pcvalaw.com<br>kevin@pcvalaw.com |

DATED this 15th day of November, 2018, at Seattle, Washington..

*s/ Lou Rosenkranz*
Lou Rosenkranz, Legal Assistant