The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

          Plaintiff,

vs.

SEATTLE DRUG AND NARCOTIC CENTER, INC.; ASPEN INSURANCE U.K. LIMITED; and M.H., as guardian for her minor daughter, J.M.A.

          Defendants.

Cause No. 2:18-cv 00664 MJP

[■■■■■■■] ORDER GRANTING PHILADELPHIA INDEMNITY INSURANCE COMPANY'S UNOPPOSED MOTION TO SEAL

This matter comes before the Court on Philadelphia Indemnity Insurance Company's ("Philadelphia") unopposed motion to seal. The Court has reviewed the motion, as well as the documents proposed to be filed under seal and the remainder of the filings in the court docket, including but not limited to the following:

1.     Philadelphia Indemnity Insurance Company's unopposed motion to seal;

2.     Response, if any; and

3.     Reply, if any.

[■■■■■■■] ORDER GRANTING PHILADELPHIA INDEMNITY
INSURANCE COMPANY'S UNOPPOSED MOTION TO SEAL – 1
USDC WD WA/SEA CAUSE NO. 2:18-cv 00664 MJP

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

6300.00141 km033403r4

Therefore, being fully advised, the Court FINDS compelling reasons to support the request to seal reference to the private medical information of J.M.A. and that Philadelphia has minimized the number of documents to be filed under seal. On the facts of this case, the need to protect medical privacy qualifies as a compelling reason to protect reference to medical records and to file them under seal. Accordingly, the Court GRANTS the motion to seal in its entirety and further ORDERS as follows:

The unredacted version of Philadelphia's Opposition to Defendants' Partial Motion for Summary Judgment shall be maintained under seal. Consistent with Local Civil Rule 5(g)(5), Philadelphia filed a redacted version of its motion in the public court docket, which redacts the private information from the motion.

IT IS SO ORDERED.

DATED this _13_ day of December, 2018.

_____
Honorable Marsha J. Pechman
United States District Court Judge

ORDER GRANTING PHILADELPHIA INDEMNITY
INSURANCE COMPANY'S UNOPPOSED MOTION TO SEAL – 2
USDC WD WA/SEA CAUSE NO. 2:18-cv 00664 MJP

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

6300.00141 km033403r4