The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>SEATTLE DRUG AND NARCOTIC CENTER, INC.; ASPEN INSURANCE U.K. LIMITED; and M.H., as guardian for her minor daughter, J.M.A.<br><br>　　　　　　　　Defendants. | Cause No. 2:18-cv 00664 MJP<br><br>**ORDER DISMISSING DEFENDANT M.H., AS GUARDIAN FOR HER MINOR DAUGHTER, J.M.A.**<br><br>**(CLERK'S ACTION REQUIRED)** |

Pursuant to the stipulated motion by and between Plaintiff Philadelphia Indemnity Insurance Company ("Philadelphia") and Defendant M.H., as guardian for her minor daughter, J.M.A. ("J.M.A."), and good cause appearing, IT IS HEREBY ORDERED that all claims asserted by and between Philadelphia and J.M.A. in this lawsuit shall be dismissed without prejudice and without costs or attorneys' fees to either party.

DATED this _3rd_ day of January, 2019.

_/s/ Marsha J. Pechman_
The Honorable Marsha J. Pechman
United States Senior District Court Judge

SOHA & LANG, P.S.

By: _s/Paul M. Rosner_
   Paul M. Rosner, WSBA # 37146
   Jennifer P. Dinning, WSBA # 38236
   Sarah E. Davenport, WSBA # 45269
   Soha & Lang, P.S.
   1325 Fourth Avenue, Suite 2000
   Seattle, WA 98101-2570
   ***Attorneys for Plaintiff Philadelphia Indemnity Insurance Company***

PFAU COCHRAN VERTETIS AMALA, PLLC

By: _s/Kevin Hastings (per email authorization)_
   Darrell L. Cochran, WSBA # 22851
   Kevin Hastings, WSBA # 42316
   911 Pacific Avenue, Suite 200
   Tacoma, WA 98402
   ***Attorneys for Defendant M.H. and J.M.A.***