UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE DRUG AND NARCOTIC CENTER, INC.; ASPEN INSURANCE U.K. LIMITED; and M.H., as guardian for her minor daughter, J.M.A.,,<br><br>Defendant. | CASE NO. C18-664 MJP<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND |

THIS MATTER comes before the Court on Defendant's Motion for Leave to Amend (Dkt. No. 72). Having reviewed the Motion, the Response (Dkt. No. 73), the Reply (Dkt. No. 75), and all related papers, the Court GRANTS Defendants' Motion.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 15, 2019.

Marsha J. Pechman
United States District Judge